**William A. HARRIS, Jr.,
Plaintiff–Appellant,**

v.

**PIEDMONT REGIONAL JAIL; James
W. Garnett, Jr., Chairman; Lewis W.
Barlow, Superintendent, Defendants–
Appellees.**

No. 03–6196.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 4, 2003.

William A. Harris, Jr., Appellant Pro Se.

Before WILKINSON, MICHAEL, and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM:

William A. Harris, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Harris v. Piedmont Reg'l Jail,* No. CA–02–1803–AM (E.D. Va. filed Jan. 6, 2003 & entered Jan. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*